Matter of NATHAN ASSOCIATES, INC., Appellant.
MURRAY HILL CONSTRUCTION CORPORATION et al.,
Respondents.

(Submitted October 5, 1935; decided October 22, 1935.)

*Theodore H. Malmud, Leo D. Politzer* and *Jerome S. Adlerman* for appellant.

*Harold D. Scharf* and *George M. Jaffin* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.